UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

October 29, 2015

MEMO TO COUNSEL RE: Terri Smyth-Riding v. Science and Engineering Services
Civil No. JFM-11-558

Dear Counsel:

Having reviewed the record in this case, I understand that this case essentially concerns defendant's alleged maintaining of a workplace where younger women were preferred for certain positions. This understanding provides the background upon which my rulings on the various pending motions are based. These rulings are as follows.

Defendant's motion in limine (document 102) is denied. The words "too old" written by Dr. Lee are directly relevant to the type of workplace alleged by plaintiff. Defendant's motion in limine regarding Richard H. Lee (document 111) is denied. I believe that the fact that Richard H. Lee had a relationship with an underage woman may be relevant because Mr. Lee was employed by Science and Engineering Services, LLC and allegedly plaintiffs, to hire "hot" women he could date.

Plaintiff's motion in limine (document 100) is denied. The credibility of plaintiff is an issue and evidence that plaintiff allegedly did not tell the truth in her application for employment with SES, in her verified interrogatory answers, and during her deposition about the circumstances about her prior employment are relevant to that question.

Plaintiff's motion for Rule 37 sanctions (document 112) is denied. Although, as stated above, I believe that Mr. Lee's sexual relationship with a young woman may be relevant, I am not satisfied that defendant engaged in sanctionable misconduct as alleged by plaintiff. Further, I do not believe that further discovery, specifically the deposition of Mr. Lee, is necessary as requested by plaintiff. What I believe to be admissible is Mr. Lee's inappropriate relationship. I expect you to work out the manner in which that fact is to be proven.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge